918

No. 909. GENERAL RETAIL CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *William Waller* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *L. W. Post* for respondent.

No. 912. EISENBERG ET AL. *v.* SMITH, COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Joseph S. Lord III* and *Seymour I. Toll* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Louise Foster* for respondent.

No. 913. SCLAFANI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert M. Schmalholz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 915. DORN *v.* BALFOUR, GUTHRIE & Co., LTD. C. A. 9th Cir. Certiorari denied. *Chas. R. Garry, Benjamin Dreyfus* and *George Olshausen* for petitioner. *Morris M. Doyle* and *Russell A. Mackey* for respondent.

No. 916. FIELD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Fred Botts* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Joseph Kovner* for the United States.

No. 919. ATLAS TRANSPORTATION Co. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Clifford J. Hynning* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.